# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 520 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2020, David R. Crowley, Esquire, Centre County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring March 1, 2023.